IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2019 NOV 21  PM 12: 26

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
            DEPUTY

| | | |
|---|---|---|
| HOUSTON INDEPENDENT SCHOOL DISTRICT, | § | |
| PLAINTIFFS, | § | |
| | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:19-CV-684-LY |
| THE TEXAS EDUCATION AGENCY; | § | |
| MIKE MORATH, COMMISSIONER | § | |
| OF EDUCATION, IN HIS OFFICIAL | § | |
| CAPACITY; AND DORIS DELANEY, | § | |
| IN HER OFFICIAL CAPACITY, | § | |
| DEFENDANTS. | § | |

**<u>ORDER</u>**

Before the court in the above-styled and numbered case is Plaintiff Houston Independent School District's ("Houston ISD") Opposed Motion to Set a Hearing on its Application for Preliminary Injunction filed October 31, 2019 (Dkt. No. 21). The motion for preliminary injunction is set for a hearing on December 5, 2019 at 9:30 a.m. Accordingly,

**IT IS HEREBY ORDERED** that Houston ISD's Opposed Motion to Set a Hearing on its Application for Preliminary Injunction filed October 31, 2019 (Dkt. No. 21) is **DISMISSED**.

SIGNED this **21st** day of November, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE