UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HOUSTON INDEPENDENT SCHOOL DISTRICT | § § § | CRIMINAL NO: 1:19-CV-00684-LY |
| vs. | § § § | |
| THE TEXAS EDUCATION AGENCY, MIKE MORATH, HOUSTON FEDERATION OF TEACHERS, JACKIE ANDERSON, MAXIE HOLLINGSWORTH, DANIEL SANTOS | § § § § § § | |

## **LIST OF WITNESSES**

**FOR INTERVENOR PLAINTIFF**
1.   Maxie Hollingsworth
2.
3.
4.
5.

**FOR DEFENDANT**
1.
2.
3.
4.
5.