IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | | |
|---|---|---|
| HOUSTON INDEPENDENT SCHOOL DISTRICT, | § | |
| PLAINTIFFS, | § § | |
| HOUSTON FEDERATION OF TEACHERS, JACKIE ANDERSON, MAXIE HOLLINGSWORTH, AND DANIEL SANTOS, | § § § § § | |
| PLAINTIFF-INTERVENORS, | § | CAUSE NO. 1:19-CV-684-LY |
| V. | § § | |
| THE TEXAS EDUCATION AGENCY; MIKE MORATH, COMMISSIONER OF EDUCATION, IN HIS OFFICIAL CAPACITY; AND DORIS DELANEY, IN HER OFFICIAL CAPACITY, | § § § § § § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On this date, the court denied Plaintiff Houston Independent School District's Application for Preliminary Injunction; granted Defendants' Motion to Dismiss in part, dismissing with prejudice Plaintiff's federal claims; withdrew the court's prior order granting Plaintiff-Intervenors the Houston Federation of Teachers, Jackie Anderson, Maxie Hollingsworth, and Daniel Santos's Motion to Intervene; and denied the Motion to Intervene.

**THE COURT NOW ORDERS** that Plaintiff Houston Independent School District's state-law claims seeking declaratory judgments regarding the Texas Open Meetings Act and *ultra vires* acts are **REMANDED** to the 459th Judicial District Court of Travis County, Texas.

**IT IS FURTHER ORDERED** that Defendants are awarded costs.

Having resolved all matters in this cause, and pursuant to Federal Rule of Civil Procedure 58,

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

SIGNED this __18th__ day of December, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE